NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHIEN-MIN SUNG,**

*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,**

*Appellees*

---

2026-1197

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00533.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                            SUNG V. SAMSUNG ELECTRONICS CO., LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

March 9, 2026
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 9, 2026